UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE LIMAS and CHERYL LIMAS, individually and dba PRIME PROPERTIES MANAGEMENT, and ROBERT GOMEZ, an individual,<br><br>Defendants. | Case No. 1:18-cv-1205-LJO-SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE**<br><br>**(Doc. 12)** |

On January 22, 2019, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 12.) In light of the parties' stipulation, this action has been terminated, see Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 23, 2019**           /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

1